Troy D. DREW, Plaintiff–Appellant,

v.

S.K. YOUNG, Warden; W.R. Hensley, Hearings Officer, Defendants–Appellees.

No. 03–6919.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Troy D. Drew, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy D. Drew appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Drew v. Young,* No. CA–03–63–7 (W.D.Va. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*